■ In the Matter of the Claim of NAUM VOLFSON, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 482]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed November 3, 2014, which ruled that claimant's request for a hearing was untimely.

Decision affirmed. No opinion.

Garry, J.P., Rose, Devine and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.